RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Ajhaya Breshawna Hawkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AJHAYA BRESHAWNA HAWKINS,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00815-EJY-1<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Second Request) |

　　　　　IT IS HEREBY STIPULATED AND AGREED, by and Between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Ajhaya Breshawna Hawkins, that the bench trial currently scheduled on March 26, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　　This Stipulation is entered into for the following reasons:

　　　　　1.　　The parties are engaged in negotiations to attempt to resolve this matter short of trial. The parties require additional time for negotiations.

　　　　　2.　　Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on his/her legal options.

3. The defendant is out of custody and does not oppose the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second request for a continuance of the bench trial.

DATED this 21st day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AJHAYA BRESHAWNA HAWKINS,<br><br>　　　　Defendant. | Case No. 2:24-mj-00815-EJY-1<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　The parties are engaged in negotiations to attempt to resolve this matter short of trial. The parties require additional time for negotiations.

　　2.　Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on his/her legal options.

　　3.　The defendant is out of custody and does not oppose the continuance.

　　4.　Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

　　This is the second request for a continuance of the bench trial.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, March 26, 2025, at 9:30 a.m., be vacated and continued to June 4, 2025 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 21st day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE